Calvin Lavan CLARK, Petitioner–Appellant,

v.

John R. OWENS, Warden, FCI Williamsburg, Respondents–Appellees.

No. 11–6394.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2011.

· Decided: Aug. 5, 2011.

Calvin Lavan Clark, Appellant Pro se.

Before MOTZ, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lavan Clark, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate

judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clark v. Owens*, No. 1:11–cv–00006–SB (D.S.C. Mar. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*